AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Troy Mitchell McGOWAN | ) Case No: 6:23-mj-1337 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2023** in the county of **Volusia** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) | Knowingly distributed child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

CJ Goodman, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 3/30/2023

*David A. Baker*
*Judge's signature*

City and state: Orlando, FL

David A. Baker, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                              CASE NO: 6:23-mj-1337

COUNTY OF ORANGE

## AFFIDAVIT

I, C.J. Goodman, being duly sworn, do hereby depose and state the following:

1. This affidavit is submitted in support of a criminal complaint against Troy Mitchell McGowan (McGOWAN), for violations of 18 U.S.C. § 2252A(a)(2) and (b)(1), specifically, distribution of child pornography. As set forth in more detail below, I believe there is probable cause that on or about January 6, 2023, in Volusia County, Florida, McGOWAN distributed child pornography using any means or facility of interstate or foreign commerce in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since August 2008. I am currently assigned to the Jacksonville, Florida Division of the FBI, where I conduct investigations in the area of child pornography. I have been working on the FBI Jacksonville Violent Crimes Against Children squad for four years. Prior to this assignment, I was employed as a Unit Chief for the FBI's Extraterritorial Investigative Unit. Prior to joining the FBI, I was a police officer with the Coppell Police Department in Texas for approximately 9 years. I have a bachelor's degree from the University of Phoenix in Criminal Justice Administration.

3. I have received law enforcement training from the FBI Academy at Quantico, Virginia. A substantial portion of my duties are dedicated to investigating

cases involving crimes against children under the auspices of the FBI's "Innocent Images" National Initiative. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses. I have received specialized training and have experience in the extraction and review of digital evidence contained in computer devices, including cellular telephones and "smart phones."

4.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and federal criminal complaints, and have conducted interviews of defendants and witnesses.  I have also acted as an undercover agent in online child exploitation cases, using the online persona of both a minor child as well as that of the parent of a minor child.  As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

5.      I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel.  Because this affidavit is being submitted for the limited

purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

6. On January 2, 2023, an FBI Special Agent, assigned to the FBI Springfield Division, began a proactive undercover investigation using the application KIK in an effort to identify individuals attempting to sexually exploit children using the internet. While acting in an undercover capacity, the Special Agent (the "UC") joined a public chat room on KIK, the title of which appeared indicative of one that would attract users engaged in the trading of child pornography and sexual exploitation of children. The title of the room was "Rent my dau.ghter." After joining the chat room, the UC observed KIK user "kev53095309", with the display name "Kat V", post an image of a prepubescent female child wearing a leotard and stated, "Pm Open."

7. On January 3, 2023, the UC messaged app user "kev53095309" using the private message feature of the KIK application and a conversation ensued. The conversation that occurred between the UC and "kev53095309" was as follows:

> UC:           Sexy pic
>
> kev53095309:  What group are you from?

8. The conversation that occurred between the UC and "kev53095309" on January 4, 2023, was as follows:

> UC:           A renting group
>
> UC:           Got any pics of the little slut?

3

|     |     |     |
| --- | --- | --- |
|     | UC: | And how much to rent |

9. KIK user "kev53095309" then sent an image of a clothed female child, approximately 11-13 years old. The child is sitting down and wearing a leotard.

10. The conversation that occurred between the UC and "kev53095309" on January 5, 2023, was as follows:

| | | |
|---|---|---|
| | UC: | So sexy |
| | UC: | How much? |
| | kev53095309: | Where are you from? |
| | UC: | Illinois |
| | UC: | Hbu |
| | kev53095309: | Florida |
| | kev53095309: | What would you want to do to her |
| | UC: | What can I do? |
| | kev53095309: | I have a fantasy of setting up cameras around my house and leaving her home alone |
| | kev53095309: | I'll leave a door unlocked for you |
| | UC: | Fuck… I'd do that |
| | UC: | Obviously I'm wearing a mask |
| | kev53095309: | How old are you? |
| | UC: | I'd make the trip to Florida for that |
| | UC: | 34 |
| | UC: | Got any pics to show shes real |

4

   kev53095309:  How big is your dick?

   kev53095309:  I have a bunch of candids I took

11. KIK user "kev53095309" then sent photo of a clothed female child who is approximately 11-13 years old who is eating at a table. KIK user "kev53095309" then sent a photo of a female child approximately 11-13 years old, who is covered under a blue blanket, with only her head visible and her eyes closed.

12. In response to the two aforementioned images of minor children sent by KIK user "kev53095309", the UC sent an image of what appeared to depict an adult penis but is not an actual adult penis. Upon receipt of the UC's image, "kev53095309" responded by sending the UC an image of what appeared to be the buttocks and legs of a female child. However, there is no face or other body features to assess the approximate age of the child. The child's lower buttocks are visible and the child is wearing grey underwear. Thereafter, KIK user "kev53095309" proceeded to continue chatting with the UC:

   kev53095309:  Are you going to tie her up?

   UC:  Yea. U care if she crys?

   kev53095309:  Nope

   UC:  This seems too good to be true. Like I can be there next fucken week if ur legit.

   kev53095309:  Realistically we would have to drug her or something and just play with her

5

| | | |
|---|---|---|
| | UC: | I'm game for that |
| | UC: | U ever do it before |
| | kev53095309: | No |

13. KIK user "kev53095309" then sent to the UC an image of a clothed female child, approximately 11-13 years old, sitting down and wearing a leotard.

| | | |
|---|---|---|
| | UC: | I wanna do that so bad. Prove shes real by sending a live pic of her |
| | UC: | I'll buy my plane ticket tonight |
| | kev53095309: | I'm not with her right now |
| | UC: | When ur with her |
| | kev53095309: | I'd have to figure out a weekend that I'd have to babysit her |
| | UC: | That works for me |
| | UC: | What part of Florida u in |
| | kev53095309: | Fort Lauderdale |
| | UC: | Cool |
| | kev53095309: | I'll spread her pussy while you shoot your cum in her |
| | UC: | Fuck yea. |
| | UC: | She suck too? |
| | kev53095309: | Never done anything with her while she was awake |

6

| | |
|---|---|
| UC: | Thata cool. U care if I shove it in her mouth |
| kev53095309: | Go for it |
| UC: | When u with her next? |
| kev53095309: | Have you ever done anything with a younger girl? |
| kev53095309: | And I'm not sure |
| UC: | I creeped on my lil niece when she was younger but that like a cpl years ago |
| kev53095309: | How old was she? |
| UC: | She was 8 but shes 12 now |
| kev53095309: | Mmm hot age |
| kev53095309: | Any pics of her? |
| UC: | Nothing I kept sadly |
| UC: | Got to fucken scare |

14. The conversation that occurred between the UC and "kev53095309" on January 6, 2023, was as follows:

| | |
|---|---|
| kev53095309: | Hey |
| UC: | What's up |
| kev53095309: | Haven't been able to stop thinking about her |
| kev53095309: | Hopefully her parents go on vacation soon and they need me to babysit |
| UC: | U like her uncle? |

7

| | | |
|---|---|---|
| | kev53095309: | Yes |
| | UC: | U got any other good yng shit |
| | kev53095309: | What do you want exactly? |
| | UC: | Tbh younge the better |

15. To which, KIK user "kev53095309", sent of a female child approximately 11-13 years old. The child is wearing a striped shirt with spaghetti straps and shorts. The child is pulling the shirt down to expose her right nipple while looking at the camera.

16. The UC responded: "Sexy! U got like anything more hardcore" to which, KIK user "kev53095309" responded to the UC by sending an image of child sexual abuse material (CSAM) to the UC. The CSAM file c28b5daf-cfa6-470c-8647-100c74176bc8.jpg is a color image of a female child approximately 9-11 years old. The child is fully nude with an adult's erect penis in the child's mouth. Under the female child is a fully nude adult female. The adult female's tongue is pressed against the prepubescent female's genitalia. The UC and "kev53095309" continued to engage in a conversation on KIK:

| | | |
|---|---|---|
| | UC: | That's so fucken sexy |
| | UC: | U gotta tell me when I can cum fuck ur gurl |
| | UC: | It's been the only fucken thing on my mind and jacked like 5 times thinking |
| | kev53095309: | Wish all those loads were on or in her |

|  |  |
|---|---|
| UC: | That dude is fucken lucky! Looks like he got sisters haha |

17. KIK user "kev53095309" responded to the UC by sending the UC a video of CSAM: Video file bbc90c77-c65e-42b0-92da-83fe44b7a259.mp4. It is a color video with audio, approximately 43 seconds in length of a female child approximately 3-4 years old. The child is fully nude and laying face down. A fully nude adult male is rubbing his erect penis against the child's genitalia. Towards the end of the video, the adult male presses his face into the child's genitalia. Upon receipt of the video of CSAM, the UC continued to chat with KIK user "kev53095309":

|  |  |
|---|---|
| UC: | That's fucken amazing |
| UC: | This is best I got |

18. The UC then sent an image sent of a female that is not CSAM. The image is of a female laying on her stomach on a bed. Her face is not visible and she is wearing a shirt and thong underwear. I know this image to be an adult female from whom the UC obtained her written consent to use her picture.

|  |  |
|---|---|
| UC: | A guy I was talking to his 14yo sis |
| kev53095309: | Nice |

19. The UC then sent an image of a female that is not CSAM. The image is of a female laying on her stomach on a bed. Her face is not visible and she is wearing a shirt and thong underwear. I know this image to be an adult female from whom the UC obtained her written consent to use her picture. To which KIK user, "kev53095309" sent to the UC a video entitled f2a76716-8a13-44a8-87ff-

9

683b725076b3.mp4. This is a color video with audio, approximately 43 seconds in length. The video is of a female whose age is difficult to determine but who appears to be under the age of 18. The female has a childlike face but has breast development and pubic hair. The female takes off her clothes and rubs her hands across her body and genitalia. Towards the end of the video the female displays her anus to the camera. The UC and "kev53095309" continued to engage in a conversation on KIK:

| | | |
|---|---|---|
| UC: | | Fuck yea |
| UC: | | So when u get to be with ur girl again? |
| kev53095309: | | I'm nor sure |
| UC: | | Damn lol |
| UC: | | I'll be straight with u, u tell me when I'll buy my fucken ticket down there any day |
| kev53095309: | | Sounds good. I'll tell you know |
| UC: | | Cool |
| UC: | | Ur niece ever catch u staring at her |
| kev53095309: | | Probably [smiling emoji with tear on forehead] |
| UC: | | Haha |

20. KIK user "kev53095309" sent the UC an image of a female child approximately 11-13 years old, who is clothed and was wearing leotard, as well as a second image which was an unfocused image of what appears to be a female child approximately 11-13 years old who is clothed and spreading her legs.

10

21. On January 6, 2023, the FBI served an administrative subpoena on KIK requesting information associated to app user "kev53095309".

22. The conversation that occurred between the UC and "kev53095309" on January 8, 2023, was as follows:

    UC:    So sexy

23. The conversation that occurred between the UC and "kev53095309" on January 10, 2023, was as follows:

    kev53095309:    Hey

    UC:    What's up

    kev53095309:    Not much

    UC:    U get lucky over the weekend?

24. On January 11, 2023, pursuant to an FBI administrative subpoena, KIK provided the following information for the app user "kev53095309": display name: Kat V, with unconfirmed email address: kevkev5309@gmail.com, device model: iPhone, and multiple IP addresses to include: 97.100.30.42, 97.103.251.64. and 97.100.30.42 was utilized with the KIK app account. More specifically upon a review of KIK records, the IP address of 97.103.251.64 was utilized on January 1, 2023, and the IP address of 97.100.30.42 was utilized from January 1, 2023, through January 7, 2023.

25. On January 11, 2023, the FBI after receiving KIK records with the aforementioned IP addresses, served an administrative subpoena to Charter Communications requesting information associated to IP address 97.100.30.42 with

remote port 49154 used on December 12, 2022, at 04:37:00 UTC, IP address 97.100.30.42 with remote port 62323 used on January 6, 2023 at 15:03:19 UTC, and IP address 97.103.251.64 with remote port 49154 used on January 1, 2023 at 08:40:24 UTC.

26. The conversation that occurred between the UC and "kev53095309" on January 13, 2023, was as follows:

    UC:    What's up

27. On January 19, 2023, Charter Communications responded to an FBI administrative subpoena and identified the subscriber of IP address 97.100.30.42 as "Troy McGowan" with a service address of XXXX S Seagate Dr, Deltona, FL 32725-2203 and the subscriber of IP address 97.103.251.64 as M.B. with a service address of XXXX Southard Avenue, New Smyrna Beach, FL.

28. The FBI conducted records check on the addresses provided by Charter Communications and a Troy Mitchell McGOWAN was identified as the only resident of XXXX S Seagate Dr, Deltona, FL 32725-2203. A number of individuals were identified as residents of XXXX Southard Ave, New Smyrna Beach, FL, none of which was McGOWAN; however McGOWAN's public Facebook profile displayed two of these individuals on his friends list.

29. On January 24, 2023, I personally reviewed KIK conversations between KIK user "kev53095309" and the UC, as well as the associated images and videos of CSAM that were sent by app user "kev53095309" to the UC on KIK that occurred on January 3, 2023.

12

30. On January 24, 2023, I reviewed the Florida Department of Motor Vehicles record for Troy Mitchell McGowan, which listed his physical address as XXXX S Seagate Dr, Deltona, FL 32725-2203, his date of birth as XX/XX/1977, and his registered vehicle as a 2016 4 door Honda, bearing a specific Florida license plate.

31. On February 17, 2023, and then again on March 13, 2023, FBI Special Agents observed the Honda, bearing that specific Florida license plate, parked in the driveway of XXXX S Seagate Dr, Deltona, FL 32725-2203.

32. On March 29, 2023, a federal search warrant was executed at XXXX S Seagate Dr, Deltona, FL 32725-2203. McGOWAN was at the residence and agreed to remove himself from the residence and speak with your affiant.

### INTERVIEW OF TROY MITCHELL MCGOWAN

33. I made contact with McGOWAN and identified myself as a Special Agent with the Federal Bureau of Investigation. I advised McGOWAN of the Search Warrant for the residence. McGOWAN fell to his knees and exclaimed his life was over. McGOWAN was advised he was not under arrest, and I requested to speak with him. McGOWAN agreed to speak with me. Shortly thereafter, another FBI Special Agent and I interviewed McGOWAN. This interview was audio recorded. After being advised of his constitutional rights, McGOWAN acknowledged his rights, verbally and in writing waived those rights, and agreed to speak with us. During this interview, McGOWAN stated, he has lived at the residence (XXXX S Seagate Dr, Deltona, FL 32725-2203) for approximately one year and lives by himself with the exception of a friend who stayed with him for a couple months. McGOWAN stated he used the

application KIK on a black iPhone, and that he believed it was an iPhone 7, in his residence which he connected to the internet. McGOWAN further added that he has had the phone for several years and is the only one that uses that phone. McGOWAN further advised, that the iPhone contained child pornography that he downloaded from the internet. McGOWAN estimated the amount of child pornography on his phone to be in the "100s" and affirmed to me that there was infant, toddler, and teen child pornography on the phone. McGOWAN stated has tried to stop viewing child pornography before and he wants to stop. McGOWAN also stated that he knew he "messed up" and knew "it was wrong" and he "wants it to stop."

34.   McGOWAN was shown a printout of the KIK private message conversation with the FBI UC that occurred beginning on January 3, 2023. McGOWAN recognized the photographs he sent to the FBI UC of an 11–13-year-old female child wearing a leotard. McGOWAN stated he pulled those images off the internet and did not know or have access to the child.

35.   McGOWAN acknowledged he used the KIK account with a display name "Kat V" and user name "kev53095309" and that the account was logged in on his iPhone that he stated would contain child pornography.

36.   McGOWAN further acknowledged sending and receiving child pornography on KIK. When asked specifically about the conversation with the UC, McGOWAN stated he did not remember the conversation; however, McGOWAN acknowledged his actions were harmful to children.

37. I conducted a preliminary review of McGOWAN's black iPhone 7 Plus, with serial number DX3VPAZ6HFY1, that was located in the living room of XXXX S Seagate Dr, Deltona, Florida. I observed the KIK application on the phone and the display name for the KIK application was "Kat V" with username "kev53095309". The KIK account "kev53095309" was still a member of the public group titled "Rent my dau.ghter" with "#rentmy."

38. Durring my preliminary review of the black iPhone 7 Plus, with serial number DX3VPAZ6HFY1, I also observed photographs of a 11–13-year-old female child wearing a leotard. These were the images that had been sent on January 3, 2023 along with other photos of the clothed child to the FBI UC on KIK.

39. Durring my preliminary review of the black iPhone 7 Plus, with serial number DX3VPAZ6HFY1, I also observed an image of CSAM which is a color image of a female child approximately 9-11 years old. The child is fully nude with an adult's erect penis in the child's mouth. Under the female child is a fully nude adult female. The adult female's tongue is pressed against the prepubescent female's genitalia. This image was the same image of CSAM that was sent to the UC on January 6, 2023, file c28b5daf-cfa6-470c-8647-100c74176bc8.jpg, on KIK.

40. Durring my preliminary review of the black iPhone 7 Plus, with serial number DX3VPAZ6HFY1, I also observed a CSAM video, which is a color video with audio, approximately 43 seconds in length, of a female child approximately 3-4 years old. The child is fully nude and laying face down. A fully nude adult male is rubbing his erect penis against the child's genitalia. Towards the end of the video, the

adult male presses his face into the child's genitalia. This was the same video of CSAM sent to the UC on January 6, 2023, on KIK, which was video file bbc90c77-c65e-42b0-92da-83fe44b7a259.mp4.

41.  Upon my preliminary review the black iPhone 7 Plus, with serial number DX3VPAZ6HFY1, it contained approximately 2,946 images and videos in the device's photo album. Many of the images and videos were of child erotica and CSAM, including prepubescent children.

## CONCLUSION

42.  Based on the above, I submit that there is probable cause that on or about January 6, 2023, in Volusia County in the Middle District of Florida, McGOWAN knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

_____
CJ Goodman, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate via Zoom consistent
with Fed. R. Crim. P. 4.1 and 4(d)
before me this 30th day of March 2023.

_____
DAVID A. BAKER
United States Magistrate Judge

16